IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOVIA MARSHALL,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 15-01200 WHA

**ORDER RE VOLUNTARY DISMISSAL**

Plaintiff Novia Marshall has filed a request to dismiss her case without prejudice (Dkt. No. 19). Pursuant to FRCP 41, as defendant has served neither an answer nor a motion for summary judgment, plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 24, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE